1   **MICHAEL PANCER**
    California State Bar No. 43602
2   105 West "F" Street, Fourth Floor
    San Diego, California 92101
3   Telephone:    (619) 236-1826
    Fax:          (619) 233-3221
4   Email:        mpancer@hotmail.com

5   Attorney for Defendant
    **MICHAEL KRAPCHAN**

6

7

FILED

JUN 26 2 8

CLE⋯       ⋯T COURT
SOUTHE⋯  ⋯ ⋯ ⋯ALIFORNIA
BY⋯                   DEPUTY

8               **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10                 **(HON. NITA L. STORMES)**

11

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| MICHAEL KRAPCHAN | ) |
| Defendant. | ) |

Case No. 08-mj-01856-NLS

**DESIGNATION OF COUNSEL OF RECORD**

Date:      ~~July 1,~~ June 26, 2008
Time:      9:30 a.m.
Courtroom:  F

18          I, Michael Krapchan, do hereby designate Attorney Michael Pancer as my

19  counsel of record in the above-entitled matter.

20  Dated:  _6/26/08_                  _____
21                                      MICHAEL KRAPCHAN
22

23

24

25

26

27

28